**Motion to dismiss granted, motion for sanctions dismissed, appeal dismissed, and Memorandum Opinion filed December 28, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00284-CV

---

### KRYSTAL KAY KLINE, Appellant

### V.

### MATTHEW BRUCE BURTON, Appellee

---

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2023-07927**

---

### MEMORANDUM OPINION

This appeal is from a final protective order signed March 31, 2023. On December 13, 2023, the parties filed a joint motion to dismiss the appeal. The motion requests that the court dismiss the appeal and also dismiss appellee's pending motion for sanctions. The motion was also accompanied by an agreed proposed order that, among other things, requests that each party bear its own costs and fees for this appeal. The motion to dismiss is granted.

We dismiss the appeal and appellant's motion for sanctions.

PER CURIAM

Panel consists of Justices Jewell, Hassan, and Wilson.